# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TIFFANY MEEKS | ) | CASE NO. 1:18-CV-2719 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KEYBANK, N.A., et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Upon representation of parties and counsel, as memorialized in the minutes entry from the telephonic conference held on February 7, 2019, before Judge Sara Lioi that the above entitled cause of action has been settled between the parties, this case hereby is dismissed. A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before April 12, 2019.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order. This case hereby is closed.

**IT IS SO ORDERED**.

Dated: February 7, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**